| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) DOWD, JR., DAVID D | 2. Court or Organization U.S. DISTRICT COURT, NDOH | 3. Date of Report 05/06/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 2 SOUTH MAIN STREET AKRON, OHIO 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | National Football Museum, Inc., Canton, Ohio Non-Profit Corporation |
| 2. Lecturer | John Marshall School of Law - Cleveland State University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 1:14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income:

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Annuity - Public Retirement System of Ohio Annuity | 28,806.20 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State Teacher's Retirement System (payable monthly) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Foundation for Research on Economics and the Environment | Airfare, housing and meals for a total of $1,251.00 to attend a conference on Modernization, Agricultural Tech., Trade & Population Migratio |
| 2. | from 7/6-11/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 05/06/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. At the end of 2004 I owned stock (IRA) in the following: | | | | | | | | | |
| 2. Texas Utilities, Exxon Corp., First Merit Corp., Goodyear | | | | | | | | | |
| 3. Tire and Rubber, Huntington Bank, Eli Lilly, Parker | | | | | | | | | |
| 4. Hannifan, Timken Company | | | | | | | | | |
| 5. During the year 2004 I reinvested dividends in the | | | | | | | | | |
| 6. Eli Lilly stock only. | | | | | | | | | |
| 7. TEXAS UTILITIES | A | Dividend | J | T | Partial sale | 9/29 | J | T | |
| 8. EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 9. TIMKEN CO. | A | Dividend | I | T | Partial sale | 10/14 | I | T | |
| 10. ELI LILLY CO. | A | Dividend | J | T | | | | | |
| 11. PARKER HANNIFAN | A | Dividend | J | T | | | | | |
| 12. HUNTINGTON BANK | A | Dividend | J | T | | | | | |
| 13. GOODYEAR | A | Dividend | J | T | | | | | |
| 14. FIRST MERIT | A | Dividend | K | T | | | | | |
| 15. Previously owned Notes: | | | | | | | | | |
| 16. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 17. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 18. NM Corporate Note 5.9% | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A – $1,000 or less  B – $1,001-$2,500  C – $2,501-$5,000  D – $5,001-$15,000  E – $15,001-$50,000
   (See Columns B1 and D4)  F – $50,001-$100,000  G – $100,001-$1,000,000  H1 – $1,000,001-$5,000,000  H2 – More than $5,000,000
2. Value Codes:  J – $15,000 or less  K – $15,001-$50,000  L – $50,001-$100,000  M – $100,001-$250,000
   (See Columns C1 and D3)  N – $250,001-$500,000  O – $500,001-$1,000,000  P1 – $1,000,001-$5,000,000  P2 – $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R – Cost (Real Estate Only)  S – Assessment  T – Cost/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 05/06/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CD-First USA Bank of Wilmington, Delaware | C | Interest | K | T | | | | | |
| 20. The following securities are held in my name: | | | | | | | | | |
| 21. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 22. COMCAST | A | Dividend | | | Sold | 4/20 | J | A | |
| 23. FIRST ENERGY CORP - FNA OHIO EDISON | A | Dividend | J | T | | | | | |
| 24. TIMKEN | A | Dividend | J | T | | | | | |
| 25. AGL RESOURCES | A | Dividend | J | T | | | | | |
| 26. FIRST MERIT | B | Dividend | K | T | Buy | 12/19 | J | A | |
| 27. AMERICAN ELEC. POWER | A | Dividend | J | T | | | | | |
| 28. MICROSOFT CORP. | A | Dividend | J | T | | | | | |
| 29. NATIONAL CITY CORP. | A | Dividend | J | T | | | | | |
| 30. AMEREN CORP.. | A | Dividend | J | T | Buy | 12/29 | J | A | |
| 31. PROGRESS ENERGY CORP. | A | Dividend | J | T | | | | | |
| 32. Delaware, OH City School Bond paying 5.2% due | A | Interest | | | Redemption | 12/1 | J | A | |
| 33. 12/1/16. | | | | | | | | | |
| 34. Sugar Creek, Oh School Bond paying 5.15% due | A | Interest | | | Redemption | 12/1 | J | A | |
| 35. 12/1/15. | | | | | | | | | |
| 36. Ohio State Bldg. Authority Bond paying 5.5% due | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 05/06/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. 10/1/12. | | | | | | | | | |
| 38. Sisters of Charity Health Care Bond paying 5.25% | A | Interest | | | Redemption | 12/11 | J | A | |
| 39. CD IND BK Rockford, MI NOTE | A | Interest | K | T | | | | | |
| 40. due 5/15/11. | | | | | | | | | |
| 41. Ohio State Dev. Auth. Bond 5.84% due 12/1/15. | A | Interest | J | T | | | | | |
| 42. In _____ IRA she owns stock in the following corporations: | | | | | | | | | |
| 43. Progress Energy, Exxon Corp., | | | | | | | | | |
| 44. First Merit Bank, Timken Co., ATT, ComCast, Goodyear Tire | | | | | | | | | |
| 45. and Rubber and General Electric purchased in 2001 | | | | | | | | | |
| 46. PROGRESS ENERGY | A | Dividend | K | T | | | | | |
| 47. EXXON-MOBIL | A | Dividend | K | T | | | | | |
| 48. FIRST MERIT | A | Dividend | J | T | | | | | |
| 49. TIMKEN CO. | A | Dividend | J | T | | | | | |
| 50. GOODYEAR | A | Dividend | J | T | | | | | |
| 51. ATT | A | Dividend | | | Sold | 10/21 | J | A | |
| 52. COMCAST | A | Dividend | | | Sold | 4/20 | J | A | |
| 53. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 54. BANKAMERICA Corp. note due 8/1/07. | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 05/06/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Properties in the name of ▓▓▓▓ | | | | | | | | | |
| 56. Two-bedroom condo - Naples, FL - it was not rented | | | M | T | | | | | |
| 57. SHADY HOLLOW COUNTRY CLUB | | | J | T | | | | | |
| 58. WILDERNESS COUNTRY CLUB | | | K | T | | | | | |
| 59. Securities in the name of spouse | | | | | | | | | |
| 60. AMERICAN ELECTRIC POWER | A | Dividend | J | T | | | | | |
| 61. First Merit Corp. | A | Dividend | J | T | Buy | 12/23 | J | A | |
| 62. OH ST Water Development Authority Revenue | A | Interest | K | T | | | | | |
| 63. Bonds paying 4.625% due 12/1/27 | | | | | | | | | |
| 64. Akron OH Income Tax Revenue Bond paying 4.5% | A | Interest | J | T | | | | | |
| 65. due 12/1/28 | | | | | | | | | |
| 66. Toledo OH City School District Bonds paying | A | Interest | K | T | | | | | |
| 67. 4.625% due 12/1/32 | | | | | | | | | |
| 68. Hamilton County Convention Center bonds | A | Interest | K | T | Buy | 2/18 | K | T | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___May 10, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

United States District Court
Northern District of Ohio
United States Courthouse
2 South Main Street
Akron, Ohio 44308

David D. Dowd, Jr.
Judge

July 22, 2005

(330) 375-5834
Fax (330) 375-5628

RECEIVED
FINANCIAL DISCLOSURE OFFICE
Jul 27  9 06 AM '05

Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

Dear Judge Lisi:

I acknowledge receipt of your letter dated July 7, 2005, regarding my financial disclosure report for the year 2004.

In the second paragraph of your letter you state: In Part IV, line 1-2, you listed a description of reimbursement of travel related expenses from the "Foundation for Research on Economics and the Environment." In accordance with page 25 of the filing instructions, you have provided a description of the reimbursements and the dates. Please amend your report to disclose the location of the trip as many organizations sponsor conferences or events at remote locations.

ANSWER: Please be advised that the location of the FREE seminar was Big Sky, Montana.

In the third paragraph of your letter you state: In Part VII, page 3, lines 39-40, you listed "CD IND BK Rockford, MI NOTE due 5/15/11," which was not in your 2003 report. If this asset was owned in 2003 and exempt from disclosure, because its income and value were below the reporting thresholds, a parenthetical "(X)" should be inserted alongside the asset name as instructed in the heading to Column A. The notation "(X)" may also be used to account for an asset acquired through the exempt transaction, such as an inheritance or a gift from a family member. In the event that this asset was purchased in 2004, the information required in Column D should be provided. You may want to refer to page 39 and 51-54 of the filing instructions.

ANSWER: My 2004 report at line 40 indicated the CD note was due 5/15/11. That notation was erroneous. It should have indicated that the CD note was due in the year 2005. It was a six month note and it was purchased following the redemption of the municipal bonds as set forth in lines 32, 34 and 38. The CD was purchased in the latter part of December, 2004.

Judge Mary M. Lisi
Page 2

Thus, it was not omitted from the 2003 report as the third paragraph of your letter suggests.

In the fourth paragraph of your letter, you state as follows: In Part VII, page 4, line 55, you listed the name ███████████ to indicate ██ ownership of certain assets. For security reasons, the Committee recommends you do not specifically identify relatives by name or their relationship to you. For future reports, you may want to refer to the "Security Issues" page in the front of the filing instructions.

ANSWER: I have identified ███████ as the owner of securities since I first began filing the disclosure forms in the year 1983.

In the fifth paragraph of your letter, you state: In Part VII, page 4, lines 56-58, for "Two-bedroom condo - Naples, FL," "Shady Hollow Country Club," and "Wilderness Country Club," the income amount code and the income type should be provided in Column B. It should be noted that all income is reportable, whether taxable, tax deferred, or tax exempt. If no income was received, Column B(2) under "Amount" should be left blank and the word "NONE" should appear in Column B(2) under "Type." You may want to refer to pages 45-47 of the filing instructions.

ANSWER: Please be advised that we have no income from any of the above-described assets. We do not rent the two bedroom condo. As for Shady Hollow Country Club and Wilderness Country Club, I am a dues-paying member but I have no income in that capacity. Accordingly, the word "none" should have appeared on lines 56, 57 and 58 under B(2).

For public disclosure purposes, please consider this letter an amendment to my 2004 report.

Please find the required three (3) copies of my response.

Thank you.

Yours very truly,

David D. Dowd, Jr.
United States District Judge

RECEIVED Jul 27 9 06 AM '05 FINANCIAL DISCLOSURE OFFICE

DDD:jr

Enclosures